FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　-vs-<br><br>NATHAN ROBERT ALDEN,<br><br>　　　　　　　Defendant. | No.　2:17-CR-0236-WFN-1<br><br>PROTECTIVE ORDER RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND |

Pending before the Court is the parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband. ECF No. 22. The parties have stipulated to review procedures for child pornography contraband. The Court has reviewed the file and Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, filed April 20, 2018, **ECF No. 22**, is **GRANTED**.

The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this stipulation and order. The defense team agrees that it is forbidden from removing any contraband images from the Government reviewing facility. Defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates.

2. The Government's Motion to Expedite, filed April 20, 2018, **ECF No. 23**, is **GRANTED**. The underlying Motion was considered on an expedited basis.

The District Court Executive is directed to file this Order and provide copies to counsel.

ORDER - 1

1      **DATED** this 23rd day of April, 2018.

04-23-18

                            s/ Wm. Fremming Nielsen
                            WM. FREMMING NIELSEN
                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2