FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN R. ALDEN,<br><br>Defendant. | No. 2:17-CR-00236-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR TEMPORARY MODIFICATION OF RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 38)** |

Before the Court is Defendant's [Second] Motion to Temporarily Remove Ankle Monitoring Device. ECF No. 38. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request. ECF No. 38 at 2.

Specifically, Defendant requests permission to temporarily remove his GPS anklet at the request of his doctor. Defendant is scheduled for an outpatient nasal passage surgery on July 2, 2018 and the request to remove the device is a precautionary measure. ECF No. 38 at 1.

Defendant proposes that his anklet be removed at 8:00 a.m. on July 2, 2018 by U.S. Probation Officer Erik Carlson and be restored by no later than 6:00 p.m. that same day.

ORDER - 1

1   **IT IS ORDERED**, that Defendant's Motion, **ECF No. 38**, is **GRANTED**.
2   Defendant shall report to U.S. Probation on or before 8:00 a.m. for removal of his
3   GPS anklet.  After his surgery, also on July 2, 2018, Defendant shall report to U.S.
4   Probation for the reinstatement of his ankle monitor by no later than 6:00 p.m.  All
5   other terms and conditions of pretrial release not inconsistent herewith shall remain
6   in full force and effect.
7       **IT IS SO ORDERED.**
8       DATED June 29, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE