FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2018

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-CR-00236-WFN-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR TEMPORARY MODIFICATION OF RELEASE CONDITIONS |
| v. | |
| NATHAN R. ALDEN, | **MOTION GRANTED (ECF No. 42)** |
| Defendant. | |

Before the Court is Defendant's Motion to Temporarily Remove Electronic Monitoring Device. ECF No. 42. Defendant recites in his motion that U.S. Probation does not oppose this request. ECF No. 42 at 2. The United States advised this Court that it does not oppose the request either.

Specifically, Defendant requests permission to temporarily remove his GPS anklet at the request of his doctor. Defendant is scheduled for an outpatient nasal passage surgery on August 1, 2018 and the request to remove the device is a precautionary measure. ECF No. 42 at 1. Defendant previously moved for a similar modification, but due to complications at the hospital, Defendant was unable to receive the procedure. ECF No. 42 at 2; *also see* ECF No. 38.

Defendant proposes that his anklet be removed at 5:00 p.m. on July 31, 2018 by U.S. Probation Officer Erik Carlson and be restored by no later than 3:00 p.m. on August 1, 2018.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 42**, is **GRANTED**. Defendant shall report to U.S. Probation on or before 5:00 p.m. on July 31, 2018 for removal of his GPS anklet. After his surgery, on August 1, 2018, Defendant

ORDER - 1

shall report to U.S. Probation for the reinstatement of his ankle monitor by no later than 3:00 p.m. At all times Defendant is not under GPS monitoring he shall remain accompanied by an adult that is aware of the charges against him.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 27, 2018.



_____
*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE