FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN R. ALDEN,<br><br>Defendant. | No. 2:17-CR-00236-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO RELAX CURFEW<br><br>**MOTION GRANTED**<br>**(ECF No. 49)** |

Before the Court is Defendant's Motion to Relax Curfew. ECF No. 49. Defendant recites in his motion that U.S. Probation does not oppose this request and that the United States defers to the recommendation of Probation. ECF No. 49 at 2.

Specifically, Defendant recites that he has obtained new employment and that his new shift requires him to arrive at 5:00 a.m., conflicting with his curfew requiring him to be in his home from 3:00 a.m. to 7:00 a.m. Defendant asks to relax the curfew requirement.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 49**, is **GRANTED**. Defendant is restricted to his home between 3:00 a.m. and 4:00 a.m. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

ORDER - 1

Further, Pretrial Services is directed to contact Defendant, and thereafter advise the Court whether Defendant's employment still requires that he be out of the home until 3:00 a.m. each day.

**IT IS SO ORDERED.**

DATED October 19, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE