# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 28, 2019

SEAN F. McAVOY, CLERK

U.S.A. vs.          Alden, Nathan Robert          Docket No.          2:17CR00236-WFN-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nathan Robert Alden, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 20th day of December 2017, under the following conditions:

**Additional Condition #22:** Defendant shall not possess or access pornography in any form, electronic or otherwise. Defendant shall not have access to the internet, including but not limited to cell phones with internet access.  Should Defendant obtain employment involving the use of computers or other digital devices, this condition may be revisited.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Nathan Robert Alden is alleged to have been in possession of a device that has the ability to access the Internet and also an Internet router.

On December 22, 2017, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Alden.  He demonstrated an understanding of the conditions, which included additional condition #22.

On March 25, 2019, the undersigned officer met with Mr. Alden at his residence for a routine home contact.  During a walk through of the residence, the undersigned officer observed a video game on a television in his bedroom.  Mr. Alden confirmed the video game was being played on a Sony PlayStation 4 (PS4) gaming system.  The PS4 video gaming system has the ability to access the Internet.

In addition, an Internet router was also in Mr. Alden's bedroom.  The undersigned officer had prior knowledge of the Internet router in Mr. Alden's bedroom.  He previously reported that his roommate used the router to access the Internet and the connection was password protected.  It appears Mr. Alden's roommate no longer resides at the residence.

The undersigned officer confirmed the PS4 was not connected to the Internet at the time of the contact.  In addition, the undersigned officer confirmed, through the use of a cellular phone, that all available wireless Internet connections were locked.

Subsequently, the undersigned officer instructed Mr. Alden to remove the router and PS4 from his residence.   On March 27, 2019, the undersigned officer met with Mr. Alden at his residence and confirmed the PS4 and Internet router were not in the home.

PRAYING THAT THE COURT TAKE NO ACTION

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on:     March 28, 2019

by     s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]    No Action
[   ]    The Issuance of a Warrant
[   ]    The Issuance of a Summons
[   ]    The incorporation of the violation(s) contained in this
petition with the other violations pending before the
Court.
[   ]    Defendant to appear before the Judge assigned to the case.
[   ]    Defendant to appear before the Magistrate Judge.
[   ]    Other

Signature of Judicial Officer

March 28, 2019

Date