FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   -vs-<br><br>NATHAN ROBERT ALDEN,<br><br>               Defendant. | No.   2:17-CR-0236-WFN-1<br><br>ORDER AUTHORIZING TEMPORARY REMOVAL OF ELECTRONIC MONITORING DEVICE |

     Pending before the Court is Defendant's Motion to Temporarily Remove Electronic Monitoring Device. ECF No. 86. Defendant will undergo a medical procedure that requires removal of the device. Defendant represents that neither Probation Officer Carlson nor Assistant United States Attorney Gregoire object to the Motion. The Court has reviewed the file and Motion and is fully informed. Accordingly,

     **IT IS ORDERED** that:

     1. Defendant's Motion to Temporarily Remove Electronic Monitoring Device, filed November 20, 2019, **ECF No. 86**, is **GRANTED**.

     2. Defendant's electronic monitoring device shall be removed as directed by Probation Officer Carlson. Probation Officer Carlson shall replace the electronic monitoring bracelet following the medical procedure.

     The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Erik Carlson.

     **DATED** this 21st day of November, 2019.

                                                            WM. FREMMING NIELSEN
                                                            SENIOR UNITED STATES DISTRICT JUDGE

11-21-19

ORDER